## BERMAN *v.* BOARD OF ELECTIONS, CITY OF NEW YORK, ET AL.

No. 1019. Decided March 27, 1967.

Appellant *pro se.*

*J. Lee Rankin* for appellees.

*Mason Hampton, Jr.,* for the National Information Bureau for Jewish Life, Inc., as *amicus curiae,* in support of appellant.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.

Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

## SHANNON *v.* SEQUEECHI, SHERIFF, ET AL.

No. 1198, Misc. Decided March 27, 1967.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.